**COURTROOM MINUTE SHEET**                    DATE February 7, 2024

CASE NO. CR-23-00409-JD                U.S.A. -v- JOSEPH TYLER REED

COMMENCED 1:00 p.m.          ENDED 4:50 p.m.          TOTAL TIME 3 hours and 50 mins.

JUDGE JODI W. DISHMAN          DEPUTY NYSSA VASQUEZ          REPORTER CASSY KERR

PROCEEDINGS: Hearing on Defendant's Motion to Suppress Evidence [Doc. No. 38].

| Plf. Counsel: Danielle London and Brandon Hale, AUSA with LeAndrea Garcia (paralegal) and Special Agent Scott Muncaster, HSI | Dft. Counsel: Michael A. Branch and Cody E. Gilbert, Retained |
|---|---|
| Probation Officer: N/A | Interpreter: N/A |

**MINUTE**: Parties present as noted above. Defendant appears in person with retained counsel. Counsel for government presents two (2) witnesses for testimony. Witnesses sworn. Testimony of witnesses heard. Both parties move to admit the exhibits noted below and the Court **ADMITS** those exhibits. The Court next hears oral argument from both parties on the motion.

WITNESSES FOR PLAINTIFF:
1. Officer Brady Dillingham, El Reno PD
2. Investigator Robert Leveridge, Midwest City PD

WITNESSES FOR DEFENDANT:
1. None

EXHIBITS FOR PLAINTIFF:
1. Body Camera Video – Officer Dillingham [Doc. 38-3]
2. Incident Report – Officer Dillingham [Doc. 38-2]

EXHIBITS FOR DEFENDANT:
1. Body Camera Video – Lt. Heath [Doc. 38-4]
2. Affidavit for Search Warrant – Mr. Reed Cell Phone [Doc. No. 38-1]

The Court has considered all of the exhibits attached to the parties' briefing. Upon consideration of the filings and evidence presented, and having reviewed the law, the Court **DENIES** Defendant's Motion to Suppress Evidence [Doc. No. 38] as read into the record. No written order to follow. Exhibits withdrawn at the conclusion of this hearing.

The Court next addresses the Defendant's Motion to Continue Jury Trial and to Extend the Deadline Date for Filing Pretrial Motions [Doc. No. 51]. The Court GRANTS an extension of pretrial deadlines but DENIES a continuance of the trial.

All parties are instructed to remain in the courtroom for a pretrial conference to immediately follow.

Authority cited during hearing by Court:

Cases:
1. *United States v. Mayville*, 955 F.3d 825 (10th Cir. 2020)
2. *United States v. Kitchell*, 653 F.3d 1206 (10th Cir. 2011)
3. *United States v. Romero*, 247 F. App'x 955 (10th Cir. 2007) (unpublished)
4. *United States v. Botero-Ospina*, 71 F.3d 783 (10th Cir. 1995)
5. *United States v. Pettit*, 785 F.3d 1374 (10th Cir. 2015)
6. *United States v. Williams*, 271 F.3d 1262 (10th Cir. 2001)
7. *United States v. Stewart*, 473 F.3d 1265 (10th Cir. 2007)
8. *Rodriguez v. United States*, 575 U.S. 348 (2015)
9. *United States v. Moore*, 795 F.3d 1224 (10th Cir. 2015)
10. *United States v. Bradford*, 423 F.3d 1149 (10th Cir. 2005)
11. *United States v. Rosborough*, 366 F.3d 1145 (10th Cir. 2004)
12. *United States v. Simpson*, 609 F.3d 1140 (10th Cir. 2010)
13. *United States v. Esquivel-Rios*, 725 F.3d 1231 (10th Cir. 2013)
14. *United States v. Arvizu*, 534 U.S. 266 (2002)
15. *United States v. Soto*, 988 F.2d 1548 (10th Cir. 1993)
16. *Scott v. Harris*, 550 U.S. 372 (2007)
17. *United States v. Sanchez*, 89 F.3d 715 (10th Cir. 1996)
18. *United States v. Soussi*, 29 F.3d 565 (10th Cir. 1994)
19. *Patel v. Hall*, 849 F.3d 970 (10th Cir. 2017)
20. *Cortez v. McCauley*, 478 F.3d 1108 (10th Cir. 2007)
21. *United States v. Green,* 178 F.3d 1099 (10th Cir. 1999)
22. *United States v. Jones*, 701 F.3d 1300 (10th Cir. 2012)
23. *United States v. Cooper*, 654 F.3d 1104 (10th Cir. 2011)
24. *United States v. Corral-Corral*, 899 F.2d 927 (10th Cir. 1990)
25. *United States v. Danhauer*, 229 F.3d 1002 (10th Cir. 2000)
26. *Mink v. Knox*, 613 F.3d 995 (10th Cir. 2010)
27. *Voss v. Bergsgaard*, 774 F.2d 402 (10th Cir. 1985)
28. *United States v. Russian*, 848 F.3d 1239 (10th Cir. 2017)
29. *United States v. Christie*, 717 F.3d 1156 (10th Cir. 2013)
30. *United States v. Moses*, 965 F.3d 1106 (10th Cir. 2020)
31. *United States v. Herrera*, 782 F.3d 571 (10th Cir. 2015)
32. *United States v. Smith*, 846 F. App'x 641 (10th Cir. 2021) (unpublished)
33. *United States v. Eckhart*, 569 F.3d 1263 (10th Cir. 2009)
34. *United States v. Rivera*, 900 F.2d 1462 (10th Cir. 1990)

Statutes and Rules:
1. U.S. Const. amend. IV
2. Fed. R. Crim. P. 12(d)
3. Fed. R. Evid. 104(a)